Hughey Motor Car Company, appellant, v. Thatcher W. Hoyt, appellee. Gen. No. 26,760.

Action for balance claimed due for repairs made upon defendant's automobile. Finding and judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed December 19, 1921.

William A. Jennings, for appellant. William Beebe, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

City of Chicago, appellee, v. Whitt Jamison, appellant. Gen. No. 26,766.

Prosecution for keeping, managing, maintaining and owning a gambling house. Defendant found guilty and fined. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in this court at the March term, 1921. Reversed and remanded. Opinion filed December 19, 1921.

Cantwell & Cantwell, for appellant; Martin W. Grosse, of counsel. Louis P. Piquett and Daniel Webster, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Ture Peterson, appellee, v. Julius Linder et al. On appeal of Edward J. Misch and Emma Misch, appellants. Gen. No. 26,776.

Suit for mechanic's lien. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed December 19, 1921. Rehearing denied January 3, 1922.

Otto W. Juergens and J. J. Viterna, for appellants. J. S. Dudley, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Samuel J. Richman, appellant, v. Barnet L. Stein and Parisian Cloak & Suit Company, appellees. Gen. No. 26,788.

Action of forcible detainer predicated on breach of conditions of a lease as to purposes for which premises could be used. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon, Wells M. Cook, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed December 19, 1921.

Mayer, Meyer, Austrian & Platt, for appellant. Winston, Strawn & Shaw, for appellees; John C. Slade and Rodney C. Glover, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

S. Wosko, trading as Metropolitan Thread Company, appellant, v. Joseph H. Goldner and William H. Gilly, trading as Independent Thread Mills, appellees. Gen. No. 26,811.

Action for failure to deliver goods. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed December 19, 1921.

Isaac Landsberg, for appellant. Samuel Zorach Pincus, for appellees; Douglass C. Gregg, of counsel.

Mr. Justice McSurely delivered the opinion of the court.